A97A0150. LOMBARD CORPORATION v. COLLINS.
(519 SE2d 237)

BARNES, Judge.

In *Collins v. Lombard Corp.*, 270 Ga. 120 (508 SE2d 653) (1998), the Supreme Court reversed our decision in *Lombard Corp. v. Collins*, 229 Ga. App. 654 (494 SE2d 538) (1997), in which we reversed the judgment of the trial court dismissing the case. Accordingly, our opinion is vacated, the judgment of the Supreme Court is made the judgment of this Court, and the judgment of the trial court is affirmed.

*Judgment affirmed. Ruffin and Eldridge, JJ., concur.*

DECIDED JUNE 2, 1999.

*Marvin P. Nodvin*, for appellant.
*Thurbert E. Baker, Attorney General, Daniel M. Formby, Deputy*

*Attorney General, Harold D. Melton, Senior Assistant Attorney General, Stefan E. Ritter, Assistant Attorney General, Jonathan A. Weintraub, Joan F. Roach, Kathleen A. Wasch*, for appellee.